**STATE of Missouri, Respondent,**

v.

**John Stone WILSON, Appellant.**

**No. WD 36415.**

Missouri Court of Appeals, Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

J. Armin Rust, Asst. Pros. Atty., Lexington, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction for driving with a revoked license, Section 302.321, RSMo

Supp.1984, and sentence of ninety days imprisonment.

Judgment affirmed. Rule 30.25(b).